JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GRIGOR SIMONYAN, an individual,<br>　　　　　Plaintiff,<br>vs.<br>ALLY FINANCIAL INC, A Delaware Corporation AMERICAN EXPRESS CENTURION BANK, A New York Corporation ASSET ACCEPTANCE LLC, A Limited Liability Company BANK OF AMERICA N.A., A National Association CAPTAL ONE BANK USA N.A., A National Association CALVARY PORTFOLIO SERVICES LLC, A Limited Liability Company CHASE BANK USA N.A., A National Association DB SERVICING CORPORATION, A Delaware Corporation GREATER CALIFORNIA FINANCIAL SERVICES INC, A California Corporation INVESTMENT RETRIEVERS INC, A California Corporation LVNV FUNDING LLC, A Limited Liability Company WELLS FARGO BANK N.A., A National Association WELLS FARGO DEALER SERVICES, A California Corporation,<br>　　　　　Defendants. | Case No. 2:12-cv-08495 JFW FMO<br>Hon. John F. Walter<br>Ctrm. 16<br><br>**JUDGMENT**<br><br>Action Filed:   October 3, 2012 |

# JUDGMENT

The Court granted Defendant ALLY FINANCIAL INC.'s Motion to Dismiss Plaintiff GRIGOR SIMONYAN's Complaint, with leave to amend, pursuant to its Minute Order on January 3, 2013 (DE# 61).  Pursuant to the Court's January 3, 2013 Minute Order, the Court ordered Plaintiff GRIGOR SIMONYAN to file his First Amended Complaint on or before January 10, 2013 (DE # 61).  Plaintiff GRIGOR SIMONYAN failed to file his First Amended Complaint by January 10, 2013.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. Judgment is entered in favor of Defendant ALLY FINANCIAL INC. and against Plaintiff GRIGOR SIMONYAN with prejudice.

2. Plaintiff GRIGOR SIMONYAN shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED:  January 17, 2013

_____
HONORABLE JOHN F. WALTER
U.S. DISTRICT COURT JUDGE